IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT STEED,

    Plaintiff,

v.

                              Case No. 21-cv-132-jdp

MS. HUNEKE and
JOHN and JANE DOE NURSING
STAFF,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a federal claim for relief and for the court's lack of jurisdiction over his state-law claims.

| /s/ | April 8, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |